PROB 49 (3/89)
VAE (rev. 05/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Brian L. Hooper          Criminal No. 1:17CR00118-001

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay restitution at the rate of $50 monthly based on his current ability to pay.

Witness: _SE Leigh_        Signed: _Brian Hooper_
U.S. Probation Officer        Probationer or Supervised Releasee

Date: 5/23/17

Respectfully,

## ORDER OF COURT

Considered and ordered this 8th day of June, 2017 and ordered filed and made a part of the records in the above case.

SE Leigh
Digitally signed by Stanley E. Leigh
Date: 2017.06.07 09:23:38 -04'00'

U.S. Probation Officer
Place: Alexandria

Date: Stanley E. Leigh

/s/ _LMB_
Leonie M. Brinkema
United States District Judge